IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEANDRA DIMATE CORTES,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ALLEGHENY, PENNSYLVANIA,<br><br>    Defendant. | **STIPULATION OF DISMISSAL PER FRCP 41(a)(1)(A)(ii)**<br><br>Case No.:  No. 2:21-cv-00539-CB |

## STIPULATION OF DISMISSAL PER FRCP 41(a)(1)(A)(ii)

The parties, by and through their legal counsel, hereby provide notice per FRCP 41(a)(1)(A)(ii) that they voluntarily dismiss the instant action against the Defendant, Allegheny County with prejudice.

Date: February 14, 2023

*/s/ Dennis M. Moskal*
Dennis M. Moskal, Esq., CFE, CEDS
LAW OFFICES OF DENNIS M. MOSKAL, LLC
Manor Building,
564 Forbes Avenue, Suite 1006
Pittsburgh, PA 15219
Direct: (412) 992-0948
dennis@harassment-doctor.com
*Counsel for Plaintiff*

 */s/ Frances M. Liebenguth*
Frances M. Liebenguth
Assistant County Solicitor
Pa. I.D. #314845
ALLEGHENY COUNTY LAW DEPT.
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
Frances.Liebenguth@alleghenycounty.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February 2023, a true and correct copy of the within STIPULATION OF DISMISSAL PER FRCP RULE 41(a)(1)(A)(ii) has been served on the following Defendant's counsel by electronic mail, return receipt requested:

Frances M. Liebenguth<br>
Assistant County Solicitor<br>
Pa. I.D. #314845<br>
ALLEGHENY COUNTY LAW DEPARTMENT<br>
300 Fort Pitt Commons Building<br>
445 Fort Pitt Boulevard<br>
Pittsburgh, PA 15219<br>
Frances.Liebenguth@alleghenycounty.us

/s/Dennis M. Moskal, Esq./
Dennis M. Moskal, Esq., CFE, CEDS
*Counsel for Plaintiff*

Law Offices of Dennis M. Moskal
Manor Building
564 Forbes Avenue, Suite 1006
Pittsburgh, PA 15219
Mobile: (412) 992-0948
Facsimile: (412) 927-1147
dennis@harassment-doctor.com